The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a New York company,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EXPEDITORS INTERNATIONAL OCEAN, INC., a Washington corporation,<br><br>　　　　　　　　　Defendant. | No. 2:19-cv-01587-JLR<br><br>PARTIES' JOINT MOTION TO EXTEND CASE SCHEDULE<br><br>**Note for Motion: September 24, 2020** |

COME NOW the parties, and hereby stipulate and jointly move the Court, pursuant to LCR 16(b)(6), to extend the trial date from April 5, 2021 to a date no sooner than November 1, 2021, or as soon thereafter as the Court may conveniently schedule trial, and to extend all pre-trial case schedule deadlines (Dkt 10) accordingly.

This case's facts and circumstances are addressed in defendant's pending motion for partial summary judgment regarding limitation of liability filed July 30, 2020 (Dkt 12), and plaintiff's response thereto. Briefly, it involves a shipment of ocean cargo from Malaysia to Japan which plaintiff alleges was damaged in transit. Plaintiff is the shipper's subrogee, and seeks recovery from defendant of insurance proceeds it paid the shipper.

PARTIES' JOINT MOTION TO EXTEND CASE SCHEDULE - 1
Case No. 2:19-cv-01587-JLR

FG:54005217.1

FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Phone (206) 447-4400
Fax (206) 447-9700

1  The Court's decision on the pending motion may either terminate the case, or require discovery as to liability and damages.

Discovery in this matter would be costly and difficult in light of the pandemic, and the location of all fact witnesses and evidence overseas.  The parties have reasonably prosecuted the case in the current environment, which culminated in defendant's pending motion.  The parties wish to avoid potentially unnecessary costs, which would be extensive, as well as inconvenience to party and non-party witnesses, by deferring discovery until after the Court has ruled on defendant's motion.

The Court may extend the case scheduling dates for good cause.  LCR 16(b)(6).  The parties submit that good cause exists to extend the trial and associated case dates for the reasons stated above.  The parties respectfully request that the Court enter a new case schedule with the following dates, or on dates as soon thereafter as is convenient to the Court:

| | |
|---|---|
| **BENCH TRIAL DATE** | November 1, 2021 (Length of Trial 2 days) |
| Disclosure of expert testimony under FRCP 26(a)(2) | March 8, 2021 |
| Discovery completed by | May 7, 2021 |
| Agreed pretrial order due | October 11, 2021 |
| Deposition designations submitted to the court per LCR 32(e) | October 18, 2021 |
| Pretrial conference to be held on March 22, 2021 | October ___, 2021 |
| Trial briefs and proposed findings of fact and conclusions of law by. | October 25, 2021 |

PARTIES' JOINT MOTION TO EXTEND CASE SCHEDULE - 2
Case No. 2:19-cv-01587-JLR

FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Phone (206) 447-4400
Fax (206) 447-9700

FG:54005217 1

DATED this 24th day of September, 2020.

*s/ Steven W. Block*
Steven W. Block, WSBA No. 24299
FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington  98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: steve.block@foster.com
*Attorney for Defendant*

*s/ Vi Jean Reno*
Vi Jean Reno, WSBA No. 9385
LAW OFFICES OF VI JEAN RENO
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 622-4100
Facsimile: (206) 464-0461
Email:  vjreno@renolawsea.com
*Attorney for Plaintiff*

PARTIES' JOINT MOTION TO EXTEND CASE SCHEDULE - 3
Case No. 2:19-cv-01587-JLR

FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Phone (206) 447-4400
Fax (206) 447-9700

FG:54005217 1

# ORDER

The parties having so stipulated, and the Court finding good cause for entry hereof, NOW, THEREFORE, IT IS HEREBY ORDERED that ~~the case schedule be reset in accordance with the above listed dates.~~ the parties' stipulated motion is GRANTED. The court shall issue a new case schedule.

Dated this  28th  day of  September , 2020.

JLR

_____
The Honorable James L. Robart
United States District Court Judge

Presented by

s/ Steven W. Block
Steven W. Block, WSBA No. 24299
FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: steve.block@foster.com
*Attorney for Defendant*

s/ Vi Jean Reno
Vi Jean Reno, WSBA No. 9385
LAW OFFICES OF VI JEAN RENO
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 622-4100
Facsimile: (206) 464-0461
Email: vjreno@renolawsea.com
*Attorney for Plaintiff*

PARTIES' JOINT MOTION TO EXTEND CASE
SCHEDULE - 4
Case No. 2:19-cv-01587-JLR

FG:54005217.1