UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>　　　　　Plaintiff,<br>　v.<br><br>EXPEDITORS INTERNATIONAL OCEAN, INC.,<br><br>　　　　　Defendant. | CASE NO. C19-1587JLR<br><br>MINUTE ORDER |

　　　The following minute order is made by the direction of the court, the Honorable James L. Robart:

　　　This matter comes before the court on Plaintiff National Union Fire Insurance Company of Pittsburgh, PA's ("National Union") response to the court's October 23, 2020 order to show cause. (*See* Resp. to OSC (Dkt. # 22); 10/23/20 Order (Dkt. # 21) at 6.) The court's order directed National Union to show cause why this case should not be

MINUTE ORDER - 1

dismissed on account of the fact that National Union conceded that it has sued the wrong party in this case. (10/23/20 Order at 6.) In response, National Union asks the court to cure this deficiency by substituting Expeditors International of Washington, Inc. for Expeditors International Ocean, Inc. as the named defendant in this matter. (Resp. to OSC at 1-2.) Given that the parties appear to agree that Expeditors International of Washington, Inc. is the proper defendant in this case (*see* 10/23/20 Order at 6), the court concludes that substitution is appropriate under Federal Rule of Civil Procedure 21. *See* Fed. R. Civ. P. 21 ("On motion or on its own, the court may at any time, on just terms, add or drop a party.").

Accordingly, the court ORDERS that Defendant Expeditors International Ocean, Inc. is dropped as a party from this case and Expeditors International of Washington, Inc. is added as a defendant in this case. The court DIRECTS the Clerk to amend the pleading caption in this case accordingly.

Filed and entered this 19th day of November, 2020.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk